# Exhibit C
## Circuit Court Docket Sheet

```
    CASE NO. 15-C-169                              OPENED  4/21/2015

    JUDGE...      JUDGE THOMAS A. BEDELL

    PLAINTIFF.    JOSEPH W. ADAMS
VS  DEFENDANT.    BANK OF AMERICA, NA

    PRO ATTY..    MICHAEL C. NISSIM-SABAT
    DEF ATTY..


    PAGE#     DATE  MEMORANDUM..............

    00001   4/21/15 CCIS, Complaint, Summons given to atty for Ser by SOS.   cls
    00002   4/24/15 Cert of Ser for Pltff's First Set of Interrogatories &
    00003   4/24/15 Request for Production of Documents to Def Select Portfolio
    00004   4/24/15 Servicing,Inc filed by Michael C Nissim-Sabat             td
```