IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

JOSEPH W. ADAMS,

                Plaintiff,

v.                                        Civil Action No.  1:15-cv-00086-IMK

BANK OF AMERICA, N.A., and SELECT      [Removal of Civil Action No. 15-C-169-2
PORTFOLIO SERVICING, INC., successor    from the Circuit Court of Harrison
in interest to FAIRBANKS CAPITAL          County]
CORP.,

                Defendants.

## SELECT PORTFOLIO SERVICING'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Select Portfolio Servicing, Inc. ("SPS") files this corporate disclosure statement.  SPS is a corporation organized under the laws of the State of Utah. It is a wholly-owned subsidiary of SPS Holding Corp., which is organized under the laws of the State of Delaware and is not a publicly traded corporation. SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is organized under the laws of the State of Delaware and is not a publicly traded corporation.

                                  **SELECT PORTFOLIO SERVICING, INC.**

                                  By: s/Matthew D. Patterson
                                      Matthew D. Patterson
                                      Federal Bar No. 7788
                                      E-Mail: matt.patterson@nelsonmullins.com

Matthew D. Patterson, Esquire
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

**COUNSEL FOR SELECT PORTFOLIO SERVICING, INC.**