IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH W. ADAMS,**

    **Plaintiff,**

**v.**   //   CIVIL ACTION NO. 1:15CV86
(Judge Keeley)

**BANK OF AMERICA, N.A. and**
**SELECT PORTFOLIO SERVICING,**
**INC., successor in interest**
**to Fairbanks Capital Corp.,**

    **Appellee.**

<u>ORDER</u>

The undersigned judge, deeming herself disqualified pursuant to 28 U.S.C. § 455(b), **TRANSFERS** the above-styled civil action to the docket of the docket of the Honorable John P. Bailey, United States District Judge.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this order to counsel of record.

DATED: May 21, 2015.

                                      <u>/s/ Irene M. Keeley</u>
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE