**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

JOSEPH W. ADAMS,

                Plaintiff,

v.                                                              Civil Action No.  1:15-cv-86

BANK OF AMERICA, N.A. AND SELECT
PORTFOLIO SERVICING, INC.,
SUCCESSOR IN INTEREST TO
FAIRBANKS CAPITAL CORP.,

                Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing *"Defendant Select Portfolio Servicing's Answers and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents"* upon the following individuals via electronic filing with the Court's CM/ECF system, on the 17th day of June 2015:

> Michael C. Nissim-Sabat, Esquire
> Jennifer S. Wagner, Esquire
> Mountain State Justice, Inc.
> 321 W. Main St., Ste 401
> Clarksburg, WV 26301

> By: s/Matthew D. Patterson
> Matthew D. Patterson (WVSB#11566)
> E-Mail: matt.patterson@nelsonmullins.com

Matthew D. Patterson, Esquire
Jeremy C. Hodges, Esquire
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000
**COUNSEL FOR SELECT PORTFOLIO SERVICING, INC.**