IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**JOSEPH ADAMS,**

    Plaintiff,

v.                                                                Civil Action No. 1:15-CV-86

**BANK OF AMERICA, N.A.** and **SELECT
PORTFOLIO SERVICING, INC.,** successor
in interest to **FAIRBANKS CAPITAL CORP.,**

    Defendants.

## *SUA SPONTE* ORDER OF TRANSFER

On May 19, 2015, the defendants removed the above-styled civil action from the Circuit Court of Harrison County, West Virginia [Doc. 1]. As the Complaint had been filed in Harrison County, this action was removed to the Clarksburg point of holding court. Subsequently, Judge Irene M. Keeley, having deemed herself disqualified pursuant to 28 U.S.C. § 455(b), transferred the same to the undersigned Judge [Doc. 8]. Having since seen and inspected the Complaint, this Court has discovered that the plaintiff resides in Bunker Hill, Berkeley County, West Virginia. Accordingly, this matter should have been brought in the Berkeley County Circuit Court and, in turn, removed to the Martinsburg point of holding court.

Upon careful consideration of the above, this Court finds it in the interests of justice to transfer this matter to the Martinsburg point of holding court. Accordingly, this Court **ORDERS** *sua sponte* that the above-styled civil action be **TRANSFERRED** to the Martinsburg point of holding court, <u>assigned a new civil action number</u>, and placed on the docket of the Honorable Gina M. Groh, Chief United States District Judge.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to the Honorable Chief Judge Gina M. Groh.

**DATED**: August 18, 2015.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE